UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-12385

*********************************************

| | |
|---|---|
| CTC COMMUNICATIONS CORP., | * |
| Plaintiff | * MOTION TO AMEND |
| | * COMPLAINT |
| VS. | * |
| WILLIAM RAVEIS REAL ESTATE, INCORPORATED d/b/a WILLIAM RAVEIS, | * |
| Defendant | * |

*********************************************

Now comes the Plaintiff, CTC Communications Corp., a corporation duly organized by law and having its usual place of business in Waltham, Massachusetts, and hereby moves this Honorable Court to permit the Plaintiff to amend its Complaint to substitute the amended complaint for the original complaint as permitted by Federal Rule 15(a) of Civil Procedure.

As grounds for the Motion, the Plaintiff states that it inadvertently failed to refer to all of the applicable tariffs and failed to attach said tariffs as exhibits.

Additionally, the Plaintiff seeks to add Diversity Jurisdiction to the Jurisdictional Clause of the Complaint.

Respectfully submitted,
CTC Communications Corp.,
By its attorneys,
Cohn & Dussi, LLC,

Date: 12/1/03

John J. Dussi, Esq., BBO#546355
25 Burlington Mall Road, Sixth Floor
Burlington, MA 01803
(781) 494-0200

1