| | |
|---|---|
| CTC COMMUNICATIONS CORP.<br>                          Plaintiff(s), Petitioner(s)<br><br>    against<br><br>WILLIAM RAVEIS, DIRECTOR<br>                          Defendant(s), Respondent(s) | CLIENT: APS<br>INDEX NO.: 03-12385<br>RETURN DATE: 1/5/2004<br>JUSTICE: 063072-0001<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **December 2, 2003 at 2:25 PM at William Raveis Real Estate, Incorporated d/b/a William Raveis, Inc., 7 Trap Fells Road, Shelton, CT 06484**, deponent served the **Notice of Deposition and Request For Production of Documents** upon **John W. Davis, Executive Vice President and Chief Financial Officer**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering thereat a true copy *of each* **Notice of Deposition and Request For Production of Documents** to **John W. Davis, Executive Vice President and Chief Financial Officer**, personally; Deponent knew said person so served to be the person mentioned and described as said recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Gray** Age(Approx): **51-65** Height(Approx): **Over 6'** Weight(Approx): **Over 200 lbs**
Other: **Mustache**

I asked the Recipient if he/she was in active military service of the United States or the State of Connecticut in any capacity and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of Connecticut State or the United States as that term is defined in the statues of Connecticut State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                    Eric Rubin, Private Process Server

Sworn to before me on December 3, 2003

Notary Public
My Commission Expires: 08/31/2004

KEITH D. NIZIANKIEWICZ
NOTARY PUBLIC
CONNECTICUT