| | |
|---|---|
| CTC COMMUNICATIONS CORP. | **CLIENT:** APS |
| Plaintiff(s), Petitioner(s) | **INDEX NO.:** 03-12385 |
| against | **JUSTICE:** 063072-0001 |
| **WILLIAM RAVEIS, DIRECTOR** | **AFFIDAVIT OF SERVICE** |
| Defendant(s), Respondent(s) | |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **December 2, 2003 at 2:25 PM at Seven Trap Falls Road, Shelton, CT**, deponent served the **Amended Complaint, Civil Cover Sheet, Category Form** upon **William Raveis Real Estate, Incorporated d/b/a William Raveis, Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Amended Complaint, Civil Cover Sheet, Category Form** with **John W. Davis** a person who is known to be the **Executive Vice President** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Amended Complaint, Civil Cover Sheet, Category Form**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Gray** Age(Approx): **51-65** Height(Approx): **Over 6'** Weight(Approx): **Over 200 lbs**
Other: **Mustache**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Eric Rubin, Private Process Server

Sworn to before me on December 3, 2003

Notary Public
My Commission Expires: 08/31/2004

[Notary Seal: KEITH D. NIZIANKIEWICZ, NOTARY PUBLIC, CONNECTICUT]

203-2178

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

CTC Communications Corp.

v.

William Raveis Real Estate, Incorporated d/b/a William Raveis, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 - 12385 REK

TO: (Name and address of Defendant)

William Raveis Real Estate, Incorporated d/b/a William Raveis, Inc.
Seven Trap Falls Road
Shelton, CT

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Rd.
Burlington, MA 01803

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE